**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

| FILED |
|---|
| Apr 06, 2021 |
| CLERK, U.S. DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Information Associated with the Contractor Accounts Associated with Akop Elechyan and Eagle Fire & Water Restoration, Inc. Stored at Premises Controlled by Housecall Pro | CASE NO. 1:21-sw-00120-SKO<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 4/5/2021

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER