UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:21-sw-00120-SKO |
| Plaintiff, | |
| v. | **ORDER FOR BRIEFING** |
| AKOP ELECHYAN et al., | |
| Defendants. | |

The Court has received a "Motion to Unseal Search Warrant Court Records" by Defendants Akop Elechyan et al. in action number 1:21-sw-120-SKO [sealed]. The Court requires an opposition by the government to address the request.

Accordingly, the government shall file an opposition or statement of non-opposition within 21 days of service of this order.  Any opposition shall address Fed. R. Crim. P. 49.1 and whether records can be unsealed in whole or in part. Any reply by the requesting party shall be served with 14 days of service of the opposition.  If the Court does not receive a timely opposition or receives a statement of non-opposition, the Court will unseal the records.

The clerk is directed to serve a copy of the motion  (Doc. 4) and this order on supervisory Assistant United States Attorney Henry Carbajal.  The clerk is directed to serve a copy of this order on the attorney for the requesting party, Kathleen Clack.  Any opposition shall also be served on the attorney for the requesting party.  Any reply shall be served on Assistant United

States Attorney Henry Carbajal and any attorney listed on the opposition brief.  No hearing will be set at this time.

IT IS SO ORDERED.

Dated:   **October 19, 2023**                          _/s/ Sheila K. Oberto_

UNITED STATES MAGISTRATE JUDGE

2