# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT FOR Information Associated with Contractor Accounts Associated with Akop Elechyan and Eagle Fire and Water Restoration, Inc., that is Stored at Premises Controlled by Housecall Pro. | Case No. 1:21-sw-00120-SKO<br><br>**ORDER UNSEALING DOCUMENTS**<br><br>**ORDER FOR CLERK TO UNSEAL DOCUMENTS AND THE DOCKET** |

In this matter, the Court received a request to "Unseal Search Warrant Court Records" by Defendant Akop Elechyan et al. in 1:21-sw-120-SKO-1 (Doc. 4.). In the motion, the movants requested "the Court to unseal the search warrant." In response to the motion, the Court requested the government file an opposition or a statement of non-opposition to the request to unseal. (Doc.5.) On November 13, 2023, the government filed a statement of non-opposition. (Doc. 6.)

The government does not oppose unsealing the documents, agrees that the requested documents should be unsealed because "the investigation at issue was terminated," and does not object to redaction of the movant's personal information once the Court orders unsealing of the search warrant materials. The request for unsealing will therefore be granted.

Accordingly, IT IS ORDERED that the docket and documents in the above-entitled case shall be UNSEALED. The clerk of the Court is directed to unseal the docket and the documents filed in the above-entitled case.

IT IS SO ORDERED.

Dated:  **December 13, 2023**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE